THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leroy Bennett, Appellant.
 
 
 

Appeal From Darlington County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2011-UP-208
Submitted May 1, 2011  Filed May 4, 2011   

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Mark R. Farthing, all of Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville, for Respondent.
 
 
 

PER CURIAM: Leroy Bennett appeals the circuit court's denial of his motion for a new trial, arguing the circuit court erred in ruling that various
analyses of evidence conducted several months after his conviction did not constitute sufficient evidence to compel a new trial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Mercer, 381 S.C. 149, 166, 672 S.E.2d 556,
565 (2009) (holding that appellate courts review decisions to deny motions for a new trial based on after-discovered evidence for an abuse of discretion); id.
at 166, 672 S.E.2d at 565 (requiring that after-discovered evidence be "such that it would probably change the result if a new trial were granted").
AFFIRMED.
HUFF, WILLIAMS, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.